UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTINE VITELLO, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 4:18-cv-00915-SEP |
| NATROL, LLC, | ) ) ) | |
| Defendant. | ) | |

**JUDGMENT**

In accordance with the Memorandum and Order entered this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Defendant Natrol, LLC, and against Plaintiff, Christine Vitello.

**IT IS FURTHER ORDERED** that this case is **DISMISSED**, with prejudice.

Dated this 25th day of August, 2021.

*Sarah E. Pitlyk*

SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE